DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES HADDAD,**
Appellant,

v.

**MARINO F. VIGNA, D.D.S.,**
Appellee.

No. 4D16-3746

[October 5, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 13-008775 (25).

James Haddad, Coral Springs, pro se.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***